In the Matter of Proving the Will of JAMES F. BARGER, Deceased.
JAMES BARGER et al., Appellants; SAMUEL BARGER, Respondent.

(Submitted January 12, 1931; decided January 14, 1931.)

*Stuart Baker* for motion.
*Dorothy Frooks* opposed.

Motion denied, without costs.